lost sleep, or might have taken aspirin or anacin, would not have rendered him guiltless.

It will also be remembered that the charges which appellant requested also incorporated an instruction that the matters referred to therein constituted a defense only in connection with the jury's having a reasonable doubt as to whether appellant was under the influence of intoxicating liquor at the time.

We remain convinced that the facts did not require the giving of the requested charges.

The motion for rehearing is overruled.

Opinion approved by the Court.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted for the offense of burglary, and his punishment was assessed at four years in the penitentiary.

The indictment and all matters of procedure appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.